# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

RE: DAVID, KAY and THOMAS SIEVERDING,

       Petitioners,

## JUDGMENT IN A CIVIL CASE

**Case No.: 08-cv-324-bbc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed.**

**THERESA M. OWENS**
_____
**Theresa M. Owens, Clerk**

**/s/  M. Hardin**
_____
**by Deputy Clerk**

      _____6/18/08_____
           **Date**