IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RE: DAVID, KAY and THOMAS SIEVERDING,

                Petitioners.                  MEMORANDUM
                                                   08-cv-324-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       On June17, 2008, I dismissed this petition for lack of subject matter jurisdiction. Now, petitioner Kay Sieverding has filed a motion to meet with Theresa Owens, Clerk of Court, for advice on preparing papers to present in court. She requests the meeting to make sure that "our papers are written in a clear fashion and timely submitted." Petitioners do not need the court's permission to request procedural advice from the clerk or a deputy clerk in the clerk's office. However, clerks cannot give legal advice or be sure that pleadings are "written in a clear fashion or timely submitted." If petitioners want assistance of this sort,

1

she will have to seek it elsewhere,

Entered this 2d day of July, 2008.

BY THE COURT:

/s/ Barbara B. Crabb
_____
BARBARA B. CRABB
District Judge

2